IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:22-CV-223-RJC-DCK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff <br><br> v. <br><br> WYNN A.D. CHARLEBOIS and WC PRIVATE LLC, <br><br> Defendants | |

## NOTICE OF APPEARANCE

The undersigned counsel hereby enters a general appearance on behalf of the defendants.

Dated: June 2, 2022

                                                Respectfully submitted,

                                                /s/ Noell P. Tin

                                                TIN FULTON WALKER & OWEN PLLC
                                                301 East Park Avenue
                                                Charlotte, N.C. 28203
                                                T: (704) 338-1220
                                                F: (704) 338-1312
                                                ntin@tinfulton.com
                                                *Counsel for defendants Wynn Charlebois and WC Private LLC*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has served the foregoing NOTICE OF APPEARANCE with the Clerk of Court using the CM/ECF system, which will send notification of such filing to opposing counsel:

> Robert F. Schroeder
> Senior Trial Counsel
> schroederr@sec.gov
>
> M. Graham Loomis
> Regional Trial Counsel
> loomism@sec.gov

Dated: June 2, 2022

/s/ Noell P. Tin