UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-00223-RJC-DCK

| U.S. SECURITIES AND EXCHANGE COMMISSION, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **Order** |
| WC PRIVATE, LLC, and WYNN A.D. CHARLEBOIS, | ) |  |
| Defendants. | ) |  |

**THIS MATTER** comes before the Court on Defendants' Motion for Temporary Release of Pearl Jewelry, filed on July 20, 2022. (DE 17). For the reasons stated in the motion, it is hereby ORDERED that the motion is GRANTED. Defendants shall be allowed to retrieve 3 strands of Mikimoto pearls held in a Bank of America lockbox located at 751 Providence Road, Charlotte, N.C. 28207. The pearls are to be returned no later than July 25, 2022.

**IT IS, THEREFORE, ORDERED** that Defendants' Motion for Temporary Release of Pearl Jewelry, (DE 17), is **GRANTED**.

**SO ORDERED**.

Signed: July 20, 2022

Robert J. Conrad, Jr.
United States District Judge