UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>WYNN A.D. CHARLEBOIS and WC PRIVATE LLC,<br><br>Defendants. | Civil Action No.<br>3:22-cv-00223-RJC-DCK |

## DEFENDANT CHARLEBOIS' MOTION FOR THE RELEASE OF FUNDS FOR REASONABLE LIVING EXPENSES

Defendant Wynn A.D. Charlebois ("Defendant Charlebois") moves this Court for an order to partially lift the Court's asset freeze order on Fifth Third bank account number 7981718898, in the name of Wynn Charlebois (the "account"), in the total amount of $13,125.62, to be used for Defendant Charlebois' reasonable living expenses. In support of his motion, Defendant Charlebois shows the Court:

1. Counsel for the SEC has been consulted and does not object to a partial lifting of the court's asset freeze order, and a one-time release of $13,125.62 from the account, to be used for Defendant Charlebois' reasonable living expenses as he deems appropriate, with the express understanding that the SEC will oppose any future requests to lift the Court's asset freeze order and release funds to him.

2. By order of this Court [Docs. 8, 15] defendants' assets are frozen. Because of the asset freeze, Defendant Charlebois is unable to pay certain of his living expenses including, *inter alia*, mortgage payments, car payments, utilities, and health insurance.

1

WHEREFORE, Defendant Charlebois moves this Court for an order to partially lift the Court's asset freeze order and authorize the release of $13,125.62 from the account for his reasonable living expenses.

A supporting order is attached.

Dated: August 11, 2022

Respectfully submitted,

/s/ Noell P. Tin

TIN FULTON WALKER & OWEN PLLC
301 East Park Avenue
Charlotte, N.C. 28203
T: (704) 338-1220
F: (704) 338-1312
ntin@tinfulton.com
*Counsel for defendants Wynn Charlebois and WC Private LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has served the foregoing **DEFENDANT CHARLEBOIS' MOTION FOR THE RELEASE OF FUNDS FOR REASONABLE LIVING EXPENSES** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to opposing counsel:

> Robert F. Schroeder
> Senior Trial Counsel
> schroederr@sec.gov
>
> M. Graham Loomis
> Regional Trial Counsel
> loomism@sec.gov

Dated: August 11, 2022

/s/ Noell P. Tin