**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:22-CV-00223-RJC-DCK**

U.S. SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

WYNN A.D. CHARLEBOIS and
WC PRIVATE LLC,

Defendants.

## NOTICE OF INTENT TO SERVE SUPBOENAS

The U.S. Securities and Exchange Commission ("Plaintiff" or "Commission") hereby gives notice pursuant to Federal Rule of Civil Procedure 45 that, on August 18, 2022, it caused the attached subpoenas to produce documents to be served upon Ally Bank, Bank of America N.A., Fifth Third Bank, TD Ameritrade, Inc., The Bancorp and Truist Financial, by overnight mail. The Commission has redacted the account numbers from the attached subpoena copies.

Dated: August 18, 2022        Respectfully submitted,

/s/ *Robert F. Schroeder*
Robert F. Schroeder
Senior Trial Counsel
Georgia Bar No. 001390
Tel: (404) 942-0688
Email: schroederr@sec.gov

M. Graham Loomis
Regional Trial Counsel
Georgia Bar No. 457868
Tel: (404) 842-7622
Email: loomism@sec.gov

COUNSEL FOR PLAINTIFF
U.S. Securities and Exchange Commission
Atlanta Regional Office
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, GA 30326-1382

# CERTIFICATE OF SERVICE

Undersigned counsel certifies that on August 18, 2022, he electronically filed **NOTICE OF INTENT TO SERVE SUBPOENAS** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all registered counsel of record.

*/s/ Robert F. Schroeder*
Robert F. Schroeder