UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>WYNN A.D. CHARLEBOIS and<br>WC PRIVATE LLC,<br><br>Defendants. | Civil Action No.<br>3:22-cv-00223-RJC-DCK |

## MOTION TO WITHDRAW

Pursuant to Local Rule LCvR 83.1(f) governing the withdrawal of counsel in the Western District of North Carolina, Defendants Wynn A.D. Charlebois and WC Private LLC hereby give notice and respectfully request leave of the Court to withdraw the appearance of Noell P. Tin of the law firm Tin Fulton Walker & Owen, PLLC as counsel of record. Written consent of the client is attached hereto. The client's last known address is 2149 Norton Road, Charlotte, N.C. 28207.

Dated: September 23, 2022

Respectfully submitted,

/s/ Noell P. Tin

TIN FULTON WALKER & OWEN PLLC
301 East Park Avenue
Charlotte, N.C. 28203
T: (704) 338-1220
F: (704) 338-1312
ntin@tinfulton.com
*Counsel for defendants Wynn Charlebois and WC Private LLC*

1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has served the foregoing **MOTION TO WITHDRAW** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to opposing counsel:

>Robert F. Schroeder
>Senior Trial Counsel
>schroederr@sec.gov
>
>M. Graham Loomis
>Regional Trial Counsel
>loomism@sec.gov

Dated: September 23, 2022

/s/ Noell P. Tin