UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>WYNN A.D. CHARLEBOIS and WC PRIVATE LLC,<br><br>Defendants. | Civil Action No.<br>3:22-cv-00223-RJC-DCK |

## AUTHORIZATION FOR COUNSEL TO WITHDRAW

Defendants Wynn A.D. Charlebois and WC Private LLC hereby authorize Noell P. Tin and the law firm of Tin Fulton Walker & Owen, PLLC to withdraw from further representation in the above-captioned matter.

Dated: September 21, 2022

_____
Wynn A.D. Charlebois
Individually and on behalf of WC Private, LLC