# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>WYNN A.D. CHARLEBOIS and<br>WC PRIVATE LLC,<br><br>Defendants. | Civil Action No.<br>3:22-cv-00223-RJC-DCK |

## ORDER

THIS MATTER came before the Court on Defendants' counsel's Motion to Withdraw filed pursuant to LCvR 83.1(f). For the reasons stated in the motion the motion is granted. It is therefore ORDERED that Noell P. Tin and the law form of Tin Fulton Walker & Owen, PLLC be allowed to withdraw from further representation of the defendants.

This the ___ day of September, 2022

                                                               HON. ROBERT CONRAD
                                                               U.S. DISTRICT JUDGE